### Shirley E. LOVELACE, Plaintiff-Appellant,

v.

### GUARDIAN MANAGEMENT CORPORATION, an oregon corporation, Defendant–Appellee.

No. 02–36118.

D.C. No. CV–01–00647–AJB.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2003.*

Decided July 29, 2003.

Before LEAVY, HAWKINS, and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Shirley E. Lovelace appeals the district court's summary judgment in favor of the Guardian Management Corporation in her employment discrimination action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Pottenger v. Potlatch Corp.,* 329 F.3d 740, 745 (9th Cir. 2003), and we affirm.

Lovelace contends that this court set out an incorrect standard for showing pretext at the summary judgment stage in *Villiarimo v. Aloha Island Air, Inc.,* 281 F.3d 1054 (9th Cir.2002), and earlier decisions. Neither this panel nor the district court is free to ignore Ninth Circuit precedent. *See Hart v. Massanari,* 266 F.3d 1155, 1171 (9th Cir.2001). Moreover, the district court properly concluded that Lovelace did not produce sufficient evidence to create a triable issue of material fact as to whether the reasons stated for her discharge were pretext for unlawful discrimination. *See* Fed.R.Civ.P. 56(e); *Pottenger,* 329 F.3d at 746–47.

AFFIRMED.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

